UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-163-F

| | | |
|---|---|---|
| KESHA COGGINS,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | ORDER |
| LONDON METROPOLITAN POLICE SERVICE,<br>Defendant. | )<br>)<br>) | |

This matter is before the court for consideration of United States Magistrate Judge James E. Gates' Memorandum and Recommendation ("M&R"), filed on May 17, 2007 [DE-2]. On May 23, 2007, Plaintiff, proceeding *pro se*, filed an amended complaint [DE-4] in response to the M&R. This matter is now ripe for disposition.

After an independent and thorough review of the Magistrate Judge's M&R, Plaintiff's amended complaint, and a *de novo* review of the record, the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M&R. Plaintiff's motion to proceed *in forma pauperis* is ALLOWED, this action is DISMISSED. The clerk of court is DIRECTED to close this case and remove it from the undersigned's docket.

SO ORDERED.

This 2 day of July, 2007.

JAMES C. FOX
Senior United States District Judge